UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO.   5:08CR8 |
| | ) | |
| | ) | |
| v. | ) | ORDER UNSEALING |
| | ) | BILL OF INDICTMENT |
| | ) | |
| TIMOTHY LEROY NIXON | ) | |

UPON MOTION of the United States of America, by and through Gretchen C.F. Shappert, United States Attorney for the Western District of North Carolina, for an order directing that the Bill of Indictment and 851 Notices in the above-captioned case be unsealed; and

IT APPEARING TO THE COURT that there no longer exists any danger to the attendant investigation in this case;

NOW THEREFORE, IT IS ORDERED that the Bill of Indictment and 851 Notices in the above-captioned case be unsealed.

This the 30th day of April, 2008.

_____
CARL HORN, III
UNITED STATES MAGISTRATE JUDGE